UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60117-CIV-DIMITROULEAS

ROBERT WEBSTER,

    Plaintiff,
v.

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

### ORDER DENYING MOTION TO STAY DISCOVERY

THIS CAUSE is before the Court upon Defendant's Unopposed Motion to Stay Discovery [DE 14] ("Motion") and the Parties' Joint Scheduling Report [DE 15], filed herein on February 17, 2020. The Court has carefully considered the Motion [DE 14] and is otherwise fully advised in the premises.

The Court's January 21, 2020 Order did not require the parties to file a scheduling report until 35 days after the close of pleadings. [DE 3]. Before an answer was filed, the parties chose to file a Motion to Stay Discovery [DE 14] and a pre-mature scheduling report with all proposed deadlines tied to the potential stay of discovery [DE 15].

Rather than staying discovery and entering a scheduling order contingent on that stay, the Court will deny Defendant's Motion to Stay and order the parties to file a joint scheduling report that complies with the Court's Order thirty-five (35) days after the first pleading[1] is filed by the last responding defendant and abide by the other deadlines laid out in the Court's January 21,

---

[1] Under the Federal Rules of Civil Procedure, the following are considered "pleadings" a complaint, an answer to a complaint, an answer to a counterclaim designated as a counterclaim, an answer to a counterclaim, a third-party complaint; an answer to a third-party complaint; and if the court orders one a reply to an answer. *See* Fed. R. Civ. Pro. Rule 7(a).

2020 Order.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Stay Discovery [DE 14] is hereby **DENIED.** The Parties shall file a joint scheduling report thirty-five (35) days after the first pleading is filed by the last responding defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record