UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60117-CIV-DIMITROULEAS

ROBERT WEBSTER,

    Plaintiff,
v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant's Motion for Reconsideration [DE 54] ("Motion"), filed herein on May 6, 2020. The Court has carefully considered the Motion [DE 22] and is otherwise fully advised in the premises.

As of the date of this Order, no response to the Motion [DE 22] has been filed and the time for such filing has passed. *See* S.D. Fla. L.R. 7.1(c)(1); [DE 13].

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than **June 12, 2020**, why the instant Motion [DE 22] should not be granted. A failure to timely respond may result in the Court granting some of the relief requested in the Motion [DE 22] by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 5th day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record